**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **SHARON JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **Civil No.   14-cv-361-CJP** |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER for ATTORNEY'S FEES

**PROUD, Magistrate Judge:**

Before the Court is Defendant's Agreed Motion to Award Attorney Fees and Expenses.   **(Doc. 34).**

The parties have agreed that plaintiff is entitled to an award in the amount of $8,000.00 for attorney's fees and expenses.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).   The Court further finds that the agreed upon amount is reasonable and appropriate.

Defendant's Agreed Motion **(Doc. 34)** is **GRANTED**.   The Court awards plaintiff Sharon Johnson the sum of **$8,000.00** (eight thousand dollars) for attorney's fees and expenses pursuant to the Equal Access to Justice Act.   These funds are payable to plaintiff, per *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).   However, in accordance with the parties' agreement, any part of the award that is

not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and her attorney.

**IT IS SO ORDERED.**

**DATE:   July 27, 2015.**


<u>**s/ Clifford J. Proud**</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**